

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-18-00002-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ABRAHAM CONTRERAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D06093) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was reversible error in the judgment. We therefore reverse the granting of a new trial and render judgment denying the motion for new trial, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.